AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** *Massachusetts*

UNITED STATES OF AMERICA

**V.**

FELIX PARRA-GASTELOM and
JOSE LUIS ARELLANO

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 04-M-*274*-JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October through November 2004___ in ___Middlesex___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire to distribute, and to possess with intent to distribute, marijuana, a Schedule I controlled substance

in violation of Title___21___ United States Code, Section(s) ___§846 and 21 U.S.C. §841(a)(1)___.

I further state that I am a(n)___Special Agent___ and that this complaint is based on the following
Official Title

facts:

See Affidavit of Special Agent Kristin Rosenbeck, attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:        ☒ Yes        ☐ No

_K n~_
Signature of Complainant

Sworn to before me and subscribed in my presence,

___11-18-2004___        at        ___Boston, MA___
Date                                               City and State

Joyce London Alexander
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_Joyce R_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Billerica</u>        Category No. <u>II</u>        Investigating Agency <u>ICE</u>

City <u>Billerica</u>                    **Related Case Information:**

County <u>Middlesex</u>                  Superseding Ind./ Inf. _____   Case No. _____
                                         Same Defendant _____   New   X _____
                                         Magistrate Judge Case Number   <u>04-M-248 JLA</u>
                                         Search Warrant Case Number   _____
                                         R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  <u>FELIX PARRA-GASTELOM</u>          Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only):  <u>1962</u>  SSN (last 4 #): _____  Sex ___  Race:  <u>Hispanic</u>   Nationality:  <u>Mexican</u>

**Defense Counsel if known:**  _____   Address:  _____
                                                           _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  <u>Nancy Rue</u>                    Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No        List language and/or dialect:  _____

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____   in  _____ .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____   on  _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ 1 Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**                    **Signature of AUSA:**  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **FELIX PARRA-GASTELOM** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**   846 and 841(a)(1) | conspiracy to distribute, and possess with | |
| | to distbute marijuana, a Schedule 1 controlled substance | |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |

**ADDITIONAL INFORMATION:**

Case 1:04-mj-00274  Document 1  Filed 11/18/2004  Page 4 of 5

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__  Category No. __II__  Investigating Agency __ICE__

City __Billerica__  **Related Case Information:**

County __Middlesex__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New _____X_____
Magistrate Judge Case Number __04-M-248 JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE LUIS ARELLANO__  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1955__ SSN (last 4 #): __8189__ Sex ___ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__  Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No  List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ 1 Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____  **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE LUIS ARELLANO** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with to distbute marijuana, a Schedule 1 controlled substance | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**