# U. S. MAGISTRATE JUDGE MEMORANDUM
## 1300 Victoria, Rm. 2265
## P. O. Box 1241
## Laredo, Texas 78042-1241

**To:** Tony Anastas
2300 Unitd States Courthouse
One Courthouse Way
Boston, MA 02210-3002

**From:** Marcel C. Notzon
United States Magistrate Judge

**Date:** December 22, 2004

**Subject:** Case No. MJ 04-M274-JLA-02
(Laredo Misc. Case No. L-04-10698M-02)
U.S.A. VS. JOSE LUIS ARELLANO

================================================

Enclosed are the following documents reference the above case:

1. Returned/Executed Warrant for Arrest.

2. Courtroom Minutes. Re: Initial Appearance.

3. Appointment and Authority to Pay Court Appointed Counsel.

2. Courtroom Minutes. Re: Identity/Removal/Detention Hearing.

3. Waiver of Rule 40 Hearings.

4. Certified copy of Commitment to Another District.

Note: Please appoint counsel.
Hearings to be set in your division.