UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 1:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. )
)
FELIX PARRA-GASTELOM, and ) MJ 04-00-274-JLA
JOSE LUIS ARELLANO )
    Defendants )

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and affidavit in this matter. As grounds for this motion, the government notes that the defendants in this case are now in custody, and therefore the government no longer has a basis for requesting them to be sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

2/9/05 *allowed*, MJ